**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TERRY ARRINGTON,**<br><br>          Plaintiff,<br>vs.<br><br>**METHOD PRODUCTS, PBC (CORPORATION) d/b/a ECOVER US and METHOD PRODUCTS, PBC; and SURGE STAFFING, LLC**<br><br>          Defendants. | Case No.: 1:24-cv-04535<br><br>Judge: Manish S. Shah |

**PLAINTIFF'S NOTICE OF VOLUNTARILY DISMISSAL
<u>WITHOUT PREJUDICE</u>**

Now come Plaintiff, by and through his undersigned attorneys, and in support of his Notice of Voluntary Dismissal Without Prejudice, state as follows:

1.      Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice that this action is voluntarily dismissed, without prejudice, with each party to bear their own costs and expenses.

WHEREFORE, Plaintiff respectfully prays for the relief requested herein, and all other just and proper relief.

*Respectfully submitted,*

**TERRY ARRINGTON**

*/s/ Samuel L. Eirinberg*
Majdi Hijazin
Samuel L. Eirinberg
DJC LAW, PLLC
140 S. Dearborn Street, Ste. 1610
Chicago, Illinois 60603
(872) 804-3400
sam@teamjustice.com

1

Nick Wooten
DJC Law, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800
nick@teamjustice.com
*Lead Trial Attorney*

*Counsel for Plaintiff*
